O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS, | CASE NO. CV 11-07620 VAP (RZ) |
|         Petitioner, | |
|         vs. | JUDGMENT |
| SUPERIOR COURT OF L.A. COUNTY, | |
|         Respondent. | |

This matter came before the Court on the Petition of WILLIE WILLIAMS, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  July 25, 2012

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE